# DISTRICT COURT OF MARYLAND FOR

**LOCATED AT (COURT ADDRESS)**
120 E. Chesapeake Avenue
Towson, Maryland 21286

**CASE NO.** CV 29377-14

## PARTIES

**Plaintiff**
Fola M. Will I Am El
RFD #32 Running Brook Drive
Windsor Mill, Maryland 21244-9998

**VS.**

**Defendant(s):**

1. Lisa Christensen et. al
   Customer Support Manager
   TSA Checkpoint - 3400 E. Sky Harbor Blvd
   Phoenix, Arizona 85034
   — Serve by: ☑ Certified Mail

2. ~~Maria Cruz, Lead Officer~~
   ~~Judy Bassham, TSA agent~~
   — Serve by: ☑ Certified Mail

3. ~~Tim Conroy, Supervisor~~
   ~~Ronald Bessler, Behavior Detection Officer~~
   — Serve by: ☑ Certified Mail

4. ~~Stu Martin, Supervisor~~
   ~~STSO Ayers #67347~~
   — Serve by: ☑ Certified Mail

## ATTORNEYS
For Plaintiff - Name, Address, Telephone Number & Code

---

**COMPLAINT** ☐ $5,000 or under ☐ over $5,000 ☑ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☑ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

**The particulars of this case are:**

Filing a claim against TSA personnel Lisa Christensen, Tim Conroy, Stu Martin, Ronald Bessler, STSO Ayers #67347, Maria Cruz, Judy Bassham who violated my unalienable/substantive rights according to Universal Declaration of Human Rights Article 13 and U.S. Constitution Amendment IV. They are employed by Phoenix Sky Harbor International Airport. On September 22, 2014 around 11:00 a.m. I was denied access through the Phoenix TSA pre check point. I intend to sue in good faith and with clean hands.

(See Continuation Sheet)

☐ Legal
☐ Contractual _____ %

The Plaintiff claims:
☑ $ 30,000 plus interest of $ _____ and attorney's fees of $ _____ plus court costs.
☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☑ Other: owed $591 for airline ticket / punitive damages and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code: Fola M. Will I Am El

Signer's Address: RFD #32 Running Brook Drive, Windsor Mill, Maryland 21244-9998
Signer's Telephone Number: 443-844-1695
Signer's Facsimile Number, if any: 410-298-5711
Signer's E-mail Address, if any: 4energysavings2u@gmail.com

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: _____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____ _____
Date                     Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

_____ _____
Date                     Signature of Affiant

DC/CV 1 (front) (Rev. 10/2012)   Print Date (10/2012)

Continuation of defendants

2014 NOV 25

**CASE NO.** CV 29377-14

**PARTIES**

Plaintiff:
Fola M. Will I Am El
RFD #32 Running Brook Drive
Windsor Mill, Maryland 21244-9998

VS.

Defendant(s):

1. Maria Cruz
TSA Checkpoint - 3400 E. Sky
Harbor Blvd, Phoenix, Arizona 85034
Serve by: ☒ Certified Mail

2. Judy Bassham
TSA Checkpoint
3400 E. Sky Harbor Blvd.
Phoenix, AZ 85034
Serve by: ☒ Certified Mail

3. Tim Conroy
TSA Checkpoint
3400 E. Sky Harbor Blvd.
Phoenix, AZ 85034
Serve by: ☒ Certified Mail

4. Ronald Bessler
TSA Checkpoint
3400 E. Sky Harbor Blvd.
Phoenix, AZ 85034
Serve by: ☒ Certified Mail

**COMPLAINT** ☐ $5,000 or under ☐ over $5,000 ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

(See Continuation Sheet)
☐ Legal
☐ Contractual _____ %

The Plaintiff claims:
☐ $ 30,000 plus interest of $ _____ and attorney's fees of $ _____ plus court costs.
☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ 30,000 for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Fola M. Will I Am El
Signature of Plaintiff/Attorney/Attorney Code
Signer's Address: 32 Running Brook Drive
Windsor Mill, MD 21244
Signer's Telephone Number: 443-849-1695
Signer's Facsimile Number, if any: 410-298-5711
Signer's E-mail Address, if any: paulette.wawe@hotmail.com

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

**MILITARY SERVICE AFFIDAVIT**
☐ Defendant(s) _____ is/are in the military service
☐ No Defendant is in the military service. The facts supporting this statement are: _____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____ _____
Date      Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

_____ _____
Date      Signature of Affiant

DC/CV 1 (front) (Rev. 10/2012) Print Date (10/2012)

# DISTRICT COURT OF MARYLAND FOR

**LOCATED AT (COURT ADDRESS)**
Continuation of defendants
2014 NOV 25 P 12:59

**CASE NO.** CV 29377-14

## PARTIES

**Plaintiff:**
Fola M. Will I Am El
RFD #32 Running Brook Drive
Windsor Mill, MD 21244-9998

VS.

**Defendant(s):**

1. Stu Martin,
TSA Checkpoint
3400 E. Sky Harbor Blvd,
Phoenix, AZ 85034
— Serve by: ☑ Certified Mail

2. STSO Ayers #67347
TSA Checkpoint
3400 E. Sky Harbor Blvd,
Phoenix, AZ 85034
— Serve by: ☑ Certified Mail

3. [blank]

4. [blank]

## COMPLAINT
☐ $5,000 or under ☐ over $5,000 ☑ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☑ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:
_____
(See Continuation Sheet)
☐ Legal
☐ Contractual _____ %

The Plaintiff claims:
☐ $ 30,000 plus interest of $ _____ and attorney's fees of $ _____ plus court costs.
☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Fola M. Will I Am El
**Signature of Plaintiff/Attorney/Attorney Code**

Signer's Address: 32 Running Brook Drive
Windsor Mill, MD 21244
Signer's Telephone Number: 443-844-1695
Signer's Facsimile Number, if any: 410-298-5711
Signer's E-mail Address, if any: paulette/wqwe@hotmail.com

## ATTORNEYS
For Plaintiff - Name, Address, Telephone Number & Code

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: _____

*Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.*

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____ _____
Date / Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

_____ _____
Date / Signature of Affiant

DC/CV 1 (front) (Rev. 10/2012) Print Date (10/2012)